## In the Circuit Court of the State of Oregon

For the County of _Multnomah_

AMANDA LOPRESTI,

_____ Plaintiff(s),

vs.

THE KROGER CO., an Ohio corporation,

_____, Defendant(s).

Case No. __19CV25762__

SUMMONS

To  CORPORATION SERVICE COMPANY
1127 Broadway Street NE, Suite 310
Salem, Oregon 97301
Registered Agent for The Kroger Co. _____ Defendant

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ☒ ATTORNEY ☐ AUTHOR FOR PLAINTIFF
Scott N. Hunt, OSB #923433
ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED)    BAR NO. (IF ANY)
621 S.W. Morrison Street, Suite 521
ADDRESS
Portland, Oregon  97205  (503) 248-0504
CITY        STATE    ZIP        PHONE
(503) 248-2131    shunt@busseandhunt.com
FAX (IF ANY)                ATTORNEY'S E-MAIL ADDRESS (IF ANY)

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)    BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

**Exhibit A**
**Page 1 of 7**

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.

FORM No. P190 – SUMMONS
© 1985-2011 Stevens-Ness Law Publishing Co.
Portland, OR  www.stevensness.com    BB

Page 1 – SUMMONS.            NO PART OF ANY STEVENS-NESS FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.

## PROOF OF SERVICE

STATE OF _____, County of _____) ss.

I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

Upon _____, by delivering such true copies to _____, personally and in person, at _____, on _____, at _____ o'clock ___.M.

Upon _____, by delivering such true copies to _____, personally and in person, at _____, on _____, at _____ o'clock ___.M.

### Substituted Service Upon Individual(s)*

Upon _____, by delivering such true copies at his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person 14 years of age or older and a member of the household of the person served on _____, at _____ o'clock ___.M.

Upon _____, by delivering such true copies at his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person 14 years of age or older and a member of the household of the person served on _____, at _____ o'clock ___.M.

### Office Service Upon Individual(s)*

Upon _____, at the office which he/she maintains for the conduct of business at _____, by leaving such true copies with _____, the person who is apparently in charge, on _____, during normal working hours, at _____ o'clock, ___.M.

### Mail Service Upon Individual(s)**

Upon _____, by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

### Service Upon Tenant(s) of a Mail Agent***

Upon _____, by delivering such true copies to _____, a person apparently in charge of _____, which is the place where the mail agent receives mail for the tenant(s), its address being _____, on _____, at _____ o'clock, ___.M. Prior to effecting such service, I made diligent inquiry but could not find the tenant(s) so served.

### Service on Corporations, Limited Liability Companies, Limited Partnerships, General and Limited Liability Partnerships or Unincorporated Associations

Upon _____, by (NAME OF CORPORATION, LIMITED LIABILITY COMPANY, ETC.)

(a) delivering such true copies, personally and in person, to _____ who is a/the _____ (Specify registered agent, officer (by title), managing member, general partner, etc.) thereof; OR

(b) leaving such true copies with _____, the person who is apparently in charge of the office of _____ who is a/the _____ (Specify registered agent, officer (by title) director, general partner, managing agent, etc.) thereof;

at _____, on _____, at _____ o'clock ___.M.

Dated _____

_____
Sheriff

By _____
Deputy

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _____

_____
SIGNATURE

_____
TYPE OR PRINT NAME

_____
ADDRESS

_____
CITY            STATE        ZIP      PHONE

The signature lines on the left should be used only by an Oregon county sheriff or deputy. All other servers should complete the certification on the right. The Proof of Service above contains most, but not all, of the permissible methods of service. For example, this form does not include proof of service upon a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.

*Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.

**Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. If the summons and complaint are mailed, this certification may be made either by the person completing the mailing or by the attorney for any party, stating the circumstances of mailing and including the return receipt as an attachment. An attorney completing the mailing should delete ", nor attorney for" from the last paragraph of this document. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

***Where service upon a tenant of a mail agent is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant(s) at the address at which the mail agent receives mail for the defendant(s) and to any other mailing address of the defendant(s) then known to the plaintiff, together with a statement of the date, time, and place at which delivery was made.

Page 2 – SUMMONS.

**Exhibit A**
**Page 2 of 7**

6/11/2019 10:13 AM
19CV25762

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AMANDA LOPRESTI,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., an Ohio corporation,<br><br>Defendant. | Case No.<br><br>COMPLAINT<br>(Injured Worker Discrimination; Statutory Discrimination; Wrongful Discharge)<br><br>CLAIMS NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Prayer Amount: $600,000<br>Filing Fee Statute: ORS § 21.160(c) |

Plaintiff alleges:

### FIRST CLAIM FOR RELIEF

(Injured Worker Discrimination)

1.

Plaintiff is a resident and citizen of the State of Oregon.

2.

Defendant is an Ohio corporation. At all material times Defendant employed six or more employees in the state of Oregon. At all material times Defendant acted through agents and employees, who at all material times acted within the course and scope of their agency and employment for Defendant.

Page 1 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A
Page 3 of 7

3.

Defendant employed Plaintiff from on or about November 11, 2012 until May 14, 2019, when Plaintiff was terminated. Prior to Plaintiff's termination, and on or about February 20, 2019, Plaintiff suffered a work-related injury to her shoulder and lower back and filed a workers' compensation claim.

4.

Defendant terminated Plaintiff in substantial part because she suffered a work-related injury, and/or filed a workers' compensation claim, and/or had invoked and/or utilized the benefits and procedures of the workers' compensation laws of the state of Oregon.

5.

As a result of said discrimination, Plaintiff has suffered and continues to suffer emotional distress all to her non-economic damage in an amount to be proven at trial, which sum is alleged to be $500,000.

6.

As a further result of said discrimination, Plaintiff has suffered and continues to suffer economic damages in an amount to be proven at trial, which amount is alleged to be not greater than $100,000.

7.

Defendant acted with malice and/or demonstrated a reckless and outrageous indifference to a highly unreasonable risk of harm and acted with a conscious indifference to the health, safety and welfare of Plaintiff, and Plaintiff reserves the right to allege punitive damages pursuant to ORS 31.725 and 31.730.

Page 2 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A
Page 4 of 7

8.

Plaintiff is entitled to her reasonable attorneys' and expert witness fees pursuant to ORS 659A.885 and ORS 20.107, respectively.

## SECOND CLAIM FOR RELIEF

(Statutory Discrimination - ORS 654.062)

9.

Plaintiff realleges paragraph 1 through 8.

10.

Prior to Plaintiff's termination she reported to Defendant and/or opposed what she believed in good faith to be unsafe conditions or unsafe work practices, related to being required to use a step stool that was prone to tipping over when in use.

11.

A substantial factor in Defendant's termination of Plaintiff was that she had reported to Defendant and/or opposed what she believed in good faith to be unsafe working conditions and/or work practices.

12.

Plaintiff is entitled to her reasonable attorneys' and expert witness fees pursuant to ORS 654.062; ORS 659A.885 and ORS 20.107, respectively.

## THIRD CLAIM FOR RELIEF

(Wrongful Discharge)

13.

Plaintiff realleges paragraph 1 through 7, 10 and 11.

Page 3 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

14.

Plaintiff was terminated in substantial part for pursuing an important employee-related right to work in a safe work environment and/or to use safe equipment.

WHEREFORE, Plaintiff prays for judgment as alleged in the claims stated above.

DATED this 11th day of June, 2019.

BUSSE & HUNT

_____
SCOTT N. HUNT, OSB #923433
Telephone: (503) 248-0504
shunt@busseandhunt.com
Of Attorneys for Plaintiff Amanda Lopresti

TRIAL ATTORNEY:
SCOTT N. HUNT, OSB #923433

Page 4 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A
Page 6 of 7



# Notice of Service of Process

**LYN / ALL**
**Transmittal Number: 19976231**
**Date Processed: 06/20/2019**

| | |
|---|---|
| Primary Contact: | Venessa C. Wickline Gribble<br>The Kroger Co.<br>1014 Vine Street<br>Cincinnati, OH 45202-1100 |
| Entity: | The Kroger Co.<br>Entity ID Number  2171751 |
| Entity Served: | The Kroger Co. |
| Title of Action: | Amanda Lopresti vs. The Kroger Co. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Discrimination |
| Court/Agency: | Multnomah County Circuit Court, OR |
| Case/Reference No: | 19CV25762 |
| Jurisdiction Served: | Oregon |
| Date Served on CSC: | 06/19/2019 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Scott N. Hunt<br>503-248-0504 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com